Exhibit B

# CONGREGATION OF UNITY

## 2016 INFORMATION MEMORANDUM



*"Each one should use whatever gift he has received to serve others, faithfully administering God's grace in its various forms."*

JOHN 4:10

# Table of Contents

## *1. Congregation of Unity Information*

1.1  Introduction
1.2  Church Overview
1.3  Church Tenants and Affiliations
1.4  Precious Wood Farm Charitable Projects
1.5  Support

## *2. Funding Strategy & Financials*

2.1  2016 Support Strategy & Financial Development
2.2  2015 – 2017 Financials
2.3  2012 -2014 Financials
2.4  Congregation of Unity, Inc. June 30, 2015 Balance Sheet

## *Appendices*

A. Frequently Asked Questions
B. Description of Property
C. Congregation of Unity Programs
D. Pictures

## 1.1 INTRODUCTION

Incorporated in 1991 as a Church 501c3, the Congregation of Unity (CUI) is a non-denominational, community-based ministry. The Church strives to educate and encourage individuals and churches to seek and bear witness to the Mission of God in transforming the physical body to a high degree of health, restore original spirit, and more authentically reflect God's plan.

## 1.2 CHURCH OVERVIEW

LEADERSHIP
CUI members respect leadership as characterized by a loving and willing heart that serves Heaven and mankind gladly. Members realize that the authority and effectiveness of spiritual leadership is not primarily bestowed but earned. We believe God is the single authority, therefore church leadership comes not from a single minister leader but from an integral ministry that considers the sum of God-given talents among the membership truly in accord with the highest capabilities. Therefore the ministry is not built upon a single human authority as leader but embraces the simplicity of God and man as one as we believe He intended.

> "Go to the people,
> Live among them,
> Learn from them,
> Start with what they know and
> Build on what they have.
> But of the best leaders
> When their task is done,
> The people will remark
> *We have done it ourselves.*"

MISSION
In today's modern society, many individuals violate their spiritual integrity and potential through an unhealthy lifestyle, addiction, an overall lack of concern for their body. We believe that when an individual is consumed by poor health their spiritual potential is diminished. We respect, acknowledge and understand that God's teaching is our teaching and mission in the world:
*"Do you not know that your body is a temple of the Holy Spirit, who is in you, whom you have received from God? You are not your own; you were bought at a price. Therefore honor God with your body."* (1 Corinthians, 6:19-20)

## 1.3 CHURCH TENANTS AND AFFILITATION

PRAYER AND WORSHIP
We understand that prayer and worship is just between us and God. Most people have been taught about an unseen, spiritual world, and how that world, both good and evil, has a profound effect on our physical realities and our lives. We also learned that prayer, alms-giving and fasting is our way of connecting with God are taught specifically to do it "in secret". However, modern people violate these very specific instructions and make a show of it. Their

actions are for the eyes of man, to gain praise and recognition therefore their target audience is man and they have received their desire. God will have little interest in communicating since the purpose was not to talk to Him in the first place. We can only connect with True Spirit with no ulterior motives. When we pray, we must be quiet most of time and let true spiritual energy connect with us.

*"And when you pray, do not be like the hypocrites, for they love to pray standing in the synagogues and on the street corners to be seen by all men. I tell you the truth, they have their reward in full! But when you pray, go into your room, close the door, and pray to your Father who is unseen. Then, your Father, who sees what is done in secret, will reward you.* Matthew 6:5-6

### GIVING ALMS

We believe true worship results from a desire to serve God, not men. Loss of reward is incurred by gaining the reward of human recognition as an end in itself.

*"Take heed that ye do not your alms before men, to be seen of them: otherwise ye have no reward of your Father which is in Heaven."* Matthew 6:1

### HUMANISTIC WORK

We believe we have been warned that our doing must not be for a big show or to receive in return. When we help someone, it should not be for public acclamation. We should help because there is a need and not to benefit ourselves. We encourage people to, if they see a need, quietly take care of it. Don't run out and announce it; this violates the true nature of virtue. God is aware of everything we do, but more than that, He sees the <u>reason</u> why we did it.

*"That thine work and alms be in secret: and thy Father which seeth in secret himself shall reward thee openly"* Matthew 6:4

### CHURCH AFFILITATION

The Congregation of Unity is a non-denominational church. Congregation of Unity is united with the Christian Community Development Association, a Christian network committed to seeing people and communities wholistically restored. We believe God can restore us not only to right relationship but also with our own true selves, our families, and our communities. He does this not just spiritually, but emotionally, physically, economically, and socially.

A primary consideration for non-denomination status is the freedom to direct the ministry and teaching without interference or control from without. External control can be often wrought with economic gain, political in-fighting, and personal gain. We believe and follow God's teaching which evidences that each church is self-governing and answerable directly to God. In the book of *Acts,* where we read of the original establishment of many churches through St. Paul, there is no indication of hierarchy and authority beyond the members of the church. (Acts 14:23) When the first council was called at Jerusalem, it was not to discuss any organizational structure or control, but to discuss doctrinal matters about what constitutes salvation. (Acts 15:5-6)

<u>MEMBERSHIP AND NON-EVANGELICISM</u>
Validated by our 24 years of experience, we have learned that the most suitable sized congregation is 35-45 individuals as compared to previous membership of as many as 140. We therefore limit membership to a maximum of 45. Individuals desiring to join are encouraged to form a similar group with CUI support.

Congregation of Unity is non-evangelical, understanding that the true nature of God, the Holy Spirit exists in all people. The wholistic nature of our spiritual, physical, and mental teachings encourages individuals to prepare their body, mind and spirit to maintain the purity and sincerity to allow the Holy Spirit to be the master, not the mind or the body. We believe that people have an innate spiritual energy that provides self-sufficiency to open the way to a life driven and guided by the Holy Spirit. Therefore, it is the un-locking of the self-contained ability to find the Truth of God that is the focus of the Congregation of Unity in drawing individuals to their full spiritual potential.
*"Those who live according to the sinful nature have their minds set on what that nature desires: but those who live in accordance with the Spirit have their minds set on what the Spirit desires."*
Romans 8:5

## *1.4 PRECIOUS WOOD FARM CHARITABLE PROJECTS*

Purchased in 1995, Precious Wood Farm has served as Congregation of Unity's Hendersonville, North Carolina mountain retreat and spiritual center. The Church presents health and spiritual retreats, "Horse Play", and equine assisted program for alcohol use disorder at-risk children, veteran's programs, and programs in unity with Veteran's groups. Spiritual gatherings and educational programs are held on a regular basis for CUI members.

Precious Wood Farm is a unique, spectacular mountaintop retreat property crowning Bearwallow mountain and is at the highest elevation in Henderson County. There are miles of roadways, paths, and marked hiking trails on the property and a North Carolina Hiking System trail at the entrance to the estate offers an easy hike to the top of Bearwallow and 360 degree views. Hidden down a ¾ mile private drive and far from any neighbors, it is the perfect secluded haven yet still very accessible.

In 2003, CUI constructed Flower Mountain Lodge, a great-timbered facility serving the retreat property with a central gathering place that retains the mountain heritage and charm, Reclaimed wide plank flooring, historic stained glass, massive wooden beams reaching up to a 27 foot ceiling, and touches of days gone by offer the sense of a gentler time. The timber frame interior with rough-sawn cedar walls, antique brick, and spacious living area provides for a large number of people but with multiple groupings of intimate seating. Italian leather furniture, palms, and sprawling banquette seating appoint the living space with elegance and comfort.

The Lodge sleeps sixteen people and the bedrooms are thoughtfully furnished and decorated with comfort in mind. Additional accommodations include a residence facility next to the Lodge and also community housing. A 35 foot commercial kitchen provides the capability to serve as many as 50 participants. Outdoor living is at its ultimate at Flower Mountain Lodge. With a 1,400 square foot main deck overlooking the meadows and mountains and a total of 2,300 square feet of decks on five levels, there is always a favorite spot to join the crowd or

relax in quietude. Precious Wood Farm is a place of charm, peace, and natural beauty that nourishes the soul and rejuvenates the body.

## *1.5 SUPPORT*

Although the Congregation of Unity is a 501c3 corporation, it does not accept donations from members or any individual who has the intent to use the donation as a tax deduction. We believe that virtue becomes invalid when there is profit from good deeds. Each member makes an annual anonymous commitment to giving which provides CUI with the ability to project income and set financial goals. A common method of anonymous donation among members is to make a mortgage or other payment directly to the debt source. There is never recognition of any giving.

There is no paid staff. All aspects of the operations and programs are served by members according to particular abilities. Outside staff is rarely required.

Avoiding the common sole reliance on member tithing, Congregation of Unity makes every effort to cover basic operations expenditures and mortgage payments through leasing the property to other churches and non-profit organizations. CUI also has an aggressive vacation rental program netting $3,600 - $4,000 for each week of the scheduled time allotted for rentals, which has been typically 12 -16 weeks per year.

## *2. FUNDING STRATEGY AND FINANCIALS*

### 2.1 2016 Support Strategy & Financial Development

RENTAL INCOME
Congregation of Unity has a proven facility rental program which the church has expanded in 2016. The strategy utilizes direct-marketing to corporations and multiple vacation rental sites including *Vacation Rental By Owner, Home-away, Vacation Rentals.com*, and *AirBnB*. (search term: "vrbo 555324 secluded"). Over the past two years, rental of just the Lodge has commanded a $3,600 weekly fee with an increase to $4,000 weekly on holidays and autumn season. There is also a cottage rental available for $125 nightly. Typically, CUI provides scheduling for 12 weeks of rentals each year. These rentals are arranged around church programs and retreats. In 2016, CUI has expanded the vacation rental dates and reduced short-term rentals allowing full maximization of the rental asset.

* Number of calendar weeks May 15 to November 30:   28 weeks
* Number of 2016 Retreats and charitable programs:   16
* Number of weeks allotted for standard rentals @3,600: 12  (projected income $43,200)
* Number of weeks allotted for holiday rentals @$4,000:  6  (projected income $24,000)
* Number of weeks allotted for cottage rental @ $875:   10  (projected income $ 8,750)

2016 projected rental revenue from all sources is calculated to be $69,000.00.

## EXTERNAL PROGRAMS

Congregation of Unity has developed a Winter Series of income-producing, external programs to be presented by CUI members and sponsored by local entities in various Florida locations.

## PRECIOUS WOOD FARM DAY PROGRAMS

Precious Wood Farm day programs operate without utilization of the lodge. Most day programs are charitable but have minimal costs. In 2016, 10 income-producing day programs will be presented.

## 2.2 2015 – 2017 Financials

|  | 2015 -Actual | 2016-Projected | 2017-Projected |
|---|---|---|---|
| **INCOME** |  |  |  |
| Donations | $ 16,200 | $ 22,000 | $ 25.000 |
| Retreats / Seminars | $ 6,339 | $ 19,000 | $ 24,000 |
| Rental-vacation | $ 23,491 | $ 59,000 | $ 63,000 |
| Rental Miscellaneous | $ 4,308 | $ 10,000 | $ 7,500 |
| TOTAL | $ 50,338 | $ 110,000 | $ 119,500 |
|  |  |  |  |
| **EXPENSES** |  |  |  |
| Telephone | $ 222 | $ 250 | $ 270 |
| Insurance | $ 3,332 | $ 3,700 | $ 4,000 |
| Repairs, Maintenance | $ 145 | $ 1,000 | $ 1,100 |
| Office Expenses | $ 87 | $ 400 | $ 450 |
| Fees | $ -0- | $ 250 | $ 275 |
| Fuel | $ 65 | $ 900 | $ 950 |
| Mortgage | $ 37,904 | $ 61,000 | $ 61,000 |
| Postal/Ship | $ 112 | $ 250 | $ 275 |
| Facility Labor | $ 2,224 | $ 12,500 | $ 16,000 |
| Travel | $ -0- | $ 400 | $ 500 |
| Utilities | $ 2,862 | $ 4,400 | $ 4,600 |
| Food/Supplies Programs | $ 2,317 | $ 4,500 | $ 6,000 |
| Farm Supply | $ 220 | $ 750 | $ 800 |
| TOTAL EXPENSES | $ 49,490 | $ 90,300 | $ 96,220 |
|  |  |  |  |
| NET PROFIT | $ 848 | $ 19,700 | $ 23,280 |

## 2.3  2012 - 2014 Financials

### SYNOPSIS:

| Year | Income   | Profit   |
|------|----------|----------|
| 2014 | $91,046  | $15,646  |
| 2013 | $83,573  | $ 5,637  |
| 2012 | $77,595  | $ 2,024  |

# CONGREGATION OF UNITY
## 2014 STATEMENT OF INCOME

**INCOME**

| | |
|---|---|
| Donations | $ 37,112 |
| Seminars | $  6,772 |
| Leases | $  3,446 |
| Rental-Vacation | $ 39,453 |
| Rental-Miscellaneous | $  4,263 |
| **TOTAL INCOME** | **$ 91,046** |

**EXPENSES**

| | |
|---|---|
| Insurance | $  2,785 |
| Repairs/maintenance | $    829 |
| Office expense | $    232 |
| Fees | $    -0- |
| Travel | $    -0- |
| Mortgage | $ 54,412 |
| Postage, Mailing | $     78 |
| Supplies | $  8,343 |
| Fuel | $    597 |
| Taxes | $  4,012 |
| Utilities | $  4,112 |

| | |
|---|---|
| **TOTAL EXPENSE** | **$ 75,400** |
| **NET PROFIT** | **$ 15,646** |

# CONGREGATION OF UNITY, INC.

## Statement of Income

## Fiscal Year Ending 12/31/2013

### INCOME

| | |
|---|---|
| Donations | $ 26,863 |
| Seminars | $ 4,980 |
| Leases | $ 8,640 |
| Rental-Vacation | $ 37,010 |
| Rental-Corporate | $ 6,080 |
| **TOTAL INCOME** | **$83,573** |

### EXPENSES

| | |
|---|---|
| Insurance | $ 3,209 |
| Repairs/maintenance | $ 1,020 |
| Office expense | $ 242 |
| Fees | $ 290 |
| Travel | $ 144 |
| Mortgage | $ 58,449 |
| Postage, Mailing | $ 122 |
| Supplies | $ 6,223 |
| Fuel | $ 704 |
| Taxes – Property | $ 3,991 |
| Utilities | $ 3,812 |

**TOTAL EXPENSE** $ 78,206

**NET PROFIT** $ 5,367

# CONGREGATION OF UNITY

## 2012 PROFIT AND LOSS STATEMENT

**INCOME**

| | |
|---|---|
| Donations | $ 22,112 |
| Seminars | $ 12,231 |
| Leases | $ 8,640 |
| Rental-Vacation | $ 34,612 |
| **TOTAL INCOME** | **$ 77,595** |

**EXPENSES**

| | |
|---|---|
| Insurance | $ 3,209 |
| Repairs | $ 1,020 |
| Office expense | $ 182 |
| Mortgage | $ 60,022 |
| Postage, Mailing | $ 97 |
| Supplies | $ 4,333 |
| Fuel | $ 454 |
| Taxes -- Property | $ 3,812 |
| Utilities | $ 2,446 |

| | |
|---|---|
| **TOTAL EXPENSE** | **$ 75,571** |
| **NET PROFIT** | **$ 2,024** |

# CONGREGATION OF UNITY, INC.

## Balance Sheet December 31, 2015

## ASSETS

### Current Assets

| | | |
|---|---:|---:|
| Cash | $ 2,007 | |
| Receivables | $ 1,989 | |
| Securities (Donation) | $161,940 | |
| Pre-pay Expense | $ 1,920 | |
| **Total Current Assets** | | **$167,956** |

### Property and Equipment

| | | |
|---|---:|---:|
| Hendersonville, NC 133.8 acres | $1,667,000 | |
| Hendersonville, NC 7.5 acres | $ 37,500 | |
| Equipment & Furnishings | $ 49,068 | |
| Farm Tractor | $ 10,000 | |
| Farm Equipment | $ 7,500 | |
| Farm and Power Tools | $ 6,000 | |
| ATV – Polaris | $ 3,500 | |
| **Total Property and Equipment** | | **$1,780,568** |
| | | |
| **Total Assets** | | **$1,948,524** |

## LIABILITIES

**Current Liabilities**

| | | |
|---|---:|---:|
| Payables | $ 2,983 | |

**Long-term Liabilities**

| | | |
|---|---:|---:|
| Mortgages-Entegra Bank | $ $612,000 | |
| | | |
| **Total Liabilities** | | **$ 614,983** |
| | | |
| **Total Equity** | | **$1,333,541** |
| | | |
| **Total Liabilities and Equity** | | **$1,948,524** |

# APPENDICES

## A. Frequently Asked Questions:

* **What is the corporate status?** CUI is a Georgia Non-Profit C-corporation.

* **What is the denomination or affiliation?** Congregation of Unity is united with the Christian Community Development Association, a Christian network committed to seeing people and communities wholistically restored.

* **How does CUI choose its minister and leaders?** Church leadership comes not from a single ministerial leader but from an integral, membership ministry. We believe the only authority is God, therefore the ministry is not built upon a single human authority as leader but embraces the simplicity of God and man as one.

* **What is the total membership?** We believe through our experience that the most suitable sized congregation is 35-45 individuals and limit membership to that number. Individuals desiring to join are encouraged to form a similar group with CUI support.

* **What is the church mission?** CUI's mission is to draw people to their full spiritual potential by un-locking the self-contained ability to find the Truth of God through a balanced lifestyle and example. We believe we must prepare our body, mind and spirit to maintain the purity and sincerity to allow the Holy Spirit to be the master, not the mind or the body.

* **What is the primary means of support?** The CUI business model is to derive at least 75% of revenue through self-support rather than donations. In 2015, CUI is projected to derive 79% of its revenue through self-supporting means. Member donations make up the remaining 21% of revenue. In 2014, self-supporting revenue was 61.3%.

## B. Property Description and Valuation

The 133 acre subject property is located in Hendersonville, North Carolina. It is located on the top of the highest mountain in Henderson County and located approximately 25 minutes from Hendersonville and 35 minutes from Asheville. The property was purchased by CUI in 1995. The property and improvements was appraised in 2015 with a valuation of $1,667,000.

Extensive improvements include:
* Over 1 ½ miles of roadways,
* One mile of 7,500 volt, underground electric service.
* A central lodge providing space for 16 guests with a commercial kitchen serving 40 guests.
* A 4,000 square foot barn with loft housing.
* Two bedroom cottage.
* New mountain-top facility with meeting space and six guest residence space.
* Seven acres of lawn and meadows with over one mile of cedar, split rail fencing.
* Two out-buildings totaling 1,600 square feet.

## *C. Congregation of Unity Special Program Descriptions*

**HORSEPLAY**
Carol Brawley, Director of the Congregation of Unity, sees the program as a way to help young, at-risk children before serious trouble comes to their lives. "By the time these kids are in college, it's pretty late in the game," says Brawley. "According to the CDC, 31% of college students meet DSM-IV diagnostic criteria for alcohol abuse and 6% are alcohol dependent. There are 696,000 sexual assaults by students who have been drinking, 599,000 alcohol-related injuries, and 1,875 deaths. It's way beyond "Just Say No". 40% of 8th graders drank alcohol within the past 30 days so this presents quite a challenge."
Brawley says the program will have a specific focus on age groups, "Horseplay is open to all children but especially young children of alcoholics. Children raised in alcoholic families have different life experiences than children raised in non-alcoholic families. They may be hampered by their inability to grow in developmentally healthy ways. When they need help, children of alcoholics are more likely to experience other family members as distant and non-communicative and eventually these children do not engage in family interaction. The problem is massive and with too little social awareness. We have had great results working with mostly adult Last Call Program clients in combination with equine assisted therapy and are looking forward to helping these children."
Statistically, seventy-six million Americans, about 43% of the U.S. adult population, have been exposed to alcoholism in the family. Almost one in five Americans lived with an alcoholic while growing up.
Brawley also advises focus on longer-term issues, "Individuals who begin drinking in adolescence are at risk for developing alcoholism. The earlier a person begins drinking, the greater the risk."

**BACK TO LIFE**
Congregation of Unity presents the veteran's Back To Life program in unity with several other philanthropic foundations. CUI Board Member, Neil Westby, revealed the scope and commitment of the project. "This has been in the works for a long time. The on-going operations in Iraq and Afghanistan continue to strain military personnel, returning veterans and their families. Vietnam and 1991 Gulf War veterans never received the help they needed and it looks like the country is failing them again. We understand the problem and the barriers they face in seeking help."

In a report entitled, "Substance Use Disorders in the U.S. Armed Forces", the Institute of Medicine states, "Barriers inherent to the military that limit access to treatment for substance abuse disorders include a lack of availability of rehabilitation services, fear of negative consequences and lack of confidential services."

Dr. David Rosenbloom, Ph.D., and Professor at Boston University School of Public Health echoes Westby's concerns. "The United States did a dreadful job in recognizing and addressing the alcohol and drug problems of the Vietnam era veterans. As the wars in Iraq and Afghanistan wind down, we cannot allow this to happen again. The warning signals are loud and clear."

Founder of Join Together, Dr. Rosenbloom describes the scope, "More than 2.5 million men and women were deployed to Iraq and Afghanistan. More than 400,000 were deployed three or more times. About 25 percent of the men and women returning from combat in these areas have reported unhealthy use of alcohol, including regular heavy drinking after they got home."

## *D. Property Photographs*
For Property photographs and detailed description, see CUI's vacation rental website. To view, search "vrbo 555324 secluded".