# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

In re:                                    )
                                          )   Case no.      16-___10260___
The Congregation of Unity, Inc.,          )
                                          )   Chapter      11
         Debtor.                          )

## ORDER APPROVING MOTION FOR HEARING ON SHORTENED NOTICE
## EX PARTE

THIS MATTER is before the Court on the Ex Parte Motion for a Hearing on Shortened Notice. The Debtor requested that its Motion for Interim Use of Cash Collateral be heard on July 5, 2016 at 10:00am. The Court finds that good cause has been shown to approve the request.

IT IS, THEREFORE, ORDERED that the Debtor's Motion for Interim Use of Cash Collateral will be heard on July 5, 2016 at 10:00am in the United States Bankruptcy Court, Asheville, NC, 28801.

This Order has been signed electronically.          United States Bankruptcy Court
The judge's signature and court's seal appear
at the top of the Order.