

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 16−10260
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   The Congregation of Unity, Inc.
   PO Box 546
   Edneyville, NC 28727
   Social Security No.:
   Debtor EIN:
   58−1969292

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Voluntary Petition Under Chapter 11 filed in the above referenced case on 06/29/2016 as document # 1 is defective for the reason(s) marked below:

   Small Business Debtors:
   Balance Sheet
   Statement of Operations
   Cash Flow Statement
   Federal Tax Return

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: June 30, 2016                                             Steven T. Salata
                                                                 Clerk of Court

Electronically filed and signed (6/30/16)